[No. 4208–II.   Division Two.   May 15, 1981.]

ROGER PETERMAN, *Respondent,* v. RALPH C. HOVIS, ET AL, *Defendants,* KATHLEEN F. HUHTA, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 70697, John H. Kirkwood, J., entered July 24, 1979. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Reed, C.J., and Petrich, J.

[No. 4151–II.   Division Two.   May 15, 1981.]

DANIEL G. DeBERNARDI, *Appellant,* v. THE DEPARTMENT OF LICENSING, *Respondent.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 78–2–00307–1, Jay W. Hamilton, J., entered May 16, 1979. *Affirmed* by unpublished opinion per Petrie, A.C.J., concurred in by Pearson and Petrich, JJ.

[No. 4051–II.   Division Two.   May 15, 1981.]

JOHN E. GRADY, *Appellant,* v. THE STEILACOOM POLICE DEPARTMENT, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 275655, William L. Brown, Jr., J., entered April 6, 1979. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Reed, C.J., and Petrie, J.